UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| CARLOS ZAMORA, | 07-CV-01549 (AKH) |
| Plaintiff, | |
| -against- | **NOTICE OF DEFENDANT VERIZON NEW YORK INC.'S ADOPTION OF ANSWER TO MASTER COMPLAINT** |
| VERIZON NEW YORK INC., et al. | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Defendant Verizon New York Inc. ("Verizon")

hereby adopts as its Answer in the instant case its Answer to Plaintiffs' Master Complaint which

was filed and served on October 16, 2007 in the matter of In re World Trade Center Lower

Manhattan Disaster Site Litigation, 21 MC 102 (AKH).  In accordance with Case Management

Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied.

Verizon also incorporates by reference all averments and denials of its Answer to Plaintiffs'

Master Complaint as though same were more fully set forth herein at length.  Verizon further

adopts the responses contained in any Amended Answer filed and served herein.

PLEASE TAKE FURTHER NOTICE that Verizon reserves the right to file and

serve an amended answer and specifically reserves the right to interpose cross-claims and third-

party claims.

WHEREFORE, Verizon demands judgment dismissing the above-captioned

action as against Verizon, together with its cost and disbursements.

Dated:  November 26, 2007        /s/ Eric F. Leon
                                            Eric F. Leon
                                            Lee Ann Stevenson
                                            Andrew Dunlap
                                            Michael D. Reisman
                                            KIRKLAND & ELLIS LLP
                                            Citigroup Center
                                            153 East 53rd Street
                                            New York, New York  10022-4611
                                            Telephone:    (212) 446-4800
                                            Facsimile:    (212) 446-4900

*Attorneys for Defendant Verizon New York Inc.*


TO:        Christopher LoPalo, Esq.
             WORBY GRONER EDELMAN & NAPOLI BERN, LLP
             115 Broadway, 12th Floor
             New York, New York 10006

             Robert A. Grochow, Esq.
             ROBERT A. GROCHOW, P.C.
             233 Broadway, 5th Floor
             New York, New York 10279

             Gregory J. Cannata, Esq.
             LAW OFFICES OF GREGORY J. CANNATA
             233 Broadway, 5th Floor
             New York, New York 10279

             **Liaison Counsel for Plaintiffs**

             Marc D. Weinblatt, Esq.
             SANDERS, SANDERS, BLOCK, WOYICK, VIENER & GROSSMAN, P.C.
             100 Herricks Road
             Mineola, New York 11501

             David Kremen, Esq.
             OSHMAN & MIRISOLA, LLP
             42 Broadway, 10th Floor
             New York, NY 10004


             **All Defense Counsel (via ECF)**