Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

Attorneys for Defendants:  New York University and
New York University Real Estate Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                 21 MC 102 (AKH)
                                                                                         07 CV 1549 (AKH)

-----------------------------------------------------------------------X

CARLOS ZAMORA
(AND WIFE, MERCEDES ZAMORA),

                                        Plaintiff,                 **NOTICE OF**
                                                                          **APPEARANCE**

-against-

NEW YORK UNIVERSITY
                                        Defendants.

-----------------------------------------------------------------------X

To:  The Clerk of the Court and All Parties of Record

        Please enter the appearance of the undersigned as counsel for record for defendant

New York University.

        The undersigned certify that they are admitted to practice before this Court.

Dated:  New York, New York
            April   7, 2008                            WADE CLARK MULCAHY

                                                                    /s/
                                                                    _____
                                                                    By: Robert J. Cosgrove (RC 8917)
                                                                    Cheryl D. Fuchs (CF 1116)
                                                                    Attorneys for NYU Defendants
                                                                    111 Broadway, 9th Floor
                                                                    New York, New York 10006
                                                                    (212) 267-1900

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on April 7, 2008, deponent served the within **Notice of NYU Defendants' Appearance** upon the attorneys and parties listed below by United States prepaid mail:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J.
CANNATA
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN &
NAPOLI BERN, LLP
Plaintiffs's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON
ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development,
LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development,
LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN    SHAPIRO    MORIN    &
OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037


/s/
_____

Sibil Miranda


Sworn to before me this
7th day of April 2008

/s/
_____

Notary Public