UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | : | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| CARLOS ZAMORA (AND WIFE, MERCEDES ZAMORA), | : | 07-CV-01549-AKH |
| Plaintiffs, | : | **APPEARANCE** |
| - against - | : | **ELECTRONICALLY FILED** |
| 150 BROADWAY CORP., *et al.*, | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York           DICKSTEIN SHAPIRO LLP
        June 30, 2008

                              By:    /s/ Judith R. Cohen
                              _____
                              Judith R. Cohen (JC-8614)
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Phone: (212) 277-6500
                              Fax: (212) 277-6501

                              *Attorney for Defendant*
                              MERRILL LYNCH & CO., INC.


DOCSNY-314634