x:\tc52592\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
CARLOS ZAMORA AND MERCEDES ZAMORA,

<table>
<tr><td>Plaintiffs,</td><td><strong>NOTICE OF<br/>ADOPTION</strong></td></tr>
<tr><td>-against-</td><td><strong>07 CV 01549</strong></td></tr>
</table>

150 BROADWAY CORP., 150 BROADWAY N.Y. ASSOCS.
L.P., 25 BROADWAY OFFICE PROPERTIES LLC, ACTA
REALTY CORP., ALAN KASMAN DBA KASCO, AMERICAN
EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES CORPORATION,
AT&T WIRELESS SERVICES, INC., BAILEY N.Y.
ASSOCIATES, BATTERY PARK CITY AUTHORITY, BFP
ONE LIBERTY PLAZA CO., LLC., BFP TOWER C CO. LLC.,
BFP TOWER C MM LLC., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD
OF EDUCATION OF THE CITY OF NEW YORK,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS
INC., DEPARTMENT OF BUSINESS SERVICES,
ENVIROTECH CLEAN AIR, INC., GENERAL RE SERVICES
CORP., GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LEHMAN BROTHERS
HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPER, INC., MERRILL LYNCH & CO, INC.,

NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA LP, NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL
DEVELOPMENT CORPORATION, NEW YORK CITY
SCHOOL CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., ONE
LIBERTY PLAZA, SABINE ZERARKA, SOUTHBRIDGE
TOWERS, INC., STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THAMES REALTY CO,
THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), THE NEW YORK CITY
DEPARTMENT OF EDUCATION, THE NEW YORK CITY
SCHOOL CONSTRUCTION AUTHORITY, THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
TISHMAN SPEYER PROPERTIES, TOSCORP INC.,
TRAMMELL CROW COMPANY, TRAMMELL CROW
CORPORATE SERVICES, INC., TRIBECA LANDING L.L.C.,
TRIBECA NORTH END, LLC, V CICINIELLO, VERIZON
NEW YORK, INC., WESTON SOLUTIONS, INC., WFP ONE
LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO.
GP, CORP., WFP RETAIL CO. G.P. CORP., WFP RETAIL CO.
L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P., AND WORLD
FINANCIAL PROPERTIES, L.P., ET AL.,

                              Defendants.
-------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE  (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In

Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
      July 25, 2008

                                     WILLIAM D. JOYCE, III (WDJ 9899)
                                     BARRY, McTIERNAN & MOORE
                                     Attorneys for Defendants
                                     STRUCTURE TONE, INC. s/h/a
                                     STRUCTURE TONE (UK), INC. and
                                     STRUCTURE TONE GLOBAL SERVICES, INC.
                                     2 Rector Street – 14th Floor
                                     New York, New York  10006
                                     (212) 313-3600